IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODERICK PHILLIPS, | ) |
| Petitioner, | ) |
| v. | ) CV 02-C-3158-S |
| JUDGE BARNES, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The petitioner, Roderick Phillips, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The respondent has filed a partial response to this court's order to show cause why the relief should not be granted. (Doc. 9). In the response, the respondent asserts that the matter is due to be dismissed because the petitioner is no longer in custody.

On February 25, 2003, a magistrate judge of this court entered an order requesting that the petitioner file a reply to the respondent's position. (Doc. 10). The petitioner has not filed a response.

Premised on the foregoing, Phillips' petition for a writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 7th day of April, 2003.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE